**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 3 1 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**Cedell Liddell,**

Plaintiff, Pro Se

v. Case No.: 1:25-cv-3992-TRJ

**UNITED STATES OF AMERICA,**

Defendant.

**FIRST AMENDED COMPLAINT**

Plaintiff, Cedell Liddell, proceeding pro se, files this First Amended Complaint as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), within 21 days of being served with Defendant's Rule 12(b) Motion to Dismiss.

**Substitution of Party:**

Plaintiff hereby amends the original Complaint solely to substitute the originally named federal agency with the United States of America as the unique and proper Defendant pursuant to the exclusive remedy requirements of the Federal Tort Claims Act, 28 U.S.C. § 2679(a).

**Relation Back of Amendment:**

Pursuant to Federal Rule of Civil Procedure 15(c)(1)(C), this amendment relates back to the date of the original Complaint. The United States received actual notice of this action within the timeframe provided by Rule 4(m) via proper service of the summons and original complaint upon both the United States Attorney for the Northern District of Georgia and the Attorney General of the United States. No party is prejudiced by this correction.

**Incorporation of Factual Claims:**

Plaintiff hereby incorporates by reference all factual allegations of medical malpractice, medical records, and prayers for relief set forth in the original Complaint as if fully restated herein.

**WHEREFORE**

Plaintiff respectfully requests the Clerk of this Court update the electronic docket to reflect the United States of America as the sole Defendant in this action, deny the pending Motion to Dismiss as moot, and allow this personal injury action to proceed.

Dated: September 8th, 2026

Respectfully submitted,

*Cedell Liddell*

______________________________

Cedell Liddell, Pro Se

4597 Rugosa Way

Austell, Ga 30106

404-599-4187

Cedell1121@gmail.com

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 31 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September 2026, I served a true and correct copy of the foregoing document upon counsel for the Defendant by depositing a copy of the same in the United States Mail, with first-class postage prepaid, addressed to the Assistant United States Attorney representing the government at the following address:

Office of the United States Attorney

Northern District of Georgia

Attn: Civil Division / Defense Counsel

600 U.S. Courthouse

75 Ted Turner Drive, S.W.

Atlanta, GA 30303

Dated: September 8th , 2026

Respectfully submitted,

*Cedell Liddell*

______________________________

Cedell Liddell, Pro Se

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 18 2025
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

District of

Division

Case No. 1:25-CV-3992
*(to be filled in by the Clerk's Office)*

Cedell Liddell

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Atlanta VA Medical Center

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cedell Liddell |
| Street Address | 4597 Rugosa Way |
| City and County | Austell Cobb |
| State and Zip Code | GA 30106 |
| Telephone Number | 404-599-4187 |
| E-mail Address | cedell1121@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Case 1:25-cv-03992-TRJ Document 18 Filed 08/31/26 Page 7 of 11



Defendant No. 1

| | |
|---|---|
| Name | Atlanta VA Medical Center |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | NA |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | NA |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | NA |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

______________________________

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________________, is a citizen of the State of *(name)* ______________________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________________, is incorporated under the laws of the State of *(name)* ______________________________, and has its principal place of business in the State of *(name)* ______________________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________________, is a citizen of the State of *(name)* ______________________________. Or is a citizen of *(foreign nation)* ______________________________.

Case 1:25-cv-03992-TRJ Document 18 Filed 08/31/25 Page 9 of 11



b. If the defendant is a corporation

The defendant, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________. Or is incorporated under the laws of *(foreign nation)* ____________________, and has its principal place of business in *(name)* ____________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Surgical /Medical Malpractice , of three different occasions. of the left ear that caused me to go deaf in my left ear. Surgery dates: 4-19-2019 Dr.Estherx Vivas MD, 11-1-2019 Dr. Candace E. Hobson MD and 12-6-2019 Dr. Candace E. Hobson. Negligent or Wrongful act or omission .Moreover:I filed the Administrative Tort Claim on 12-19-2024. Prior to that I was given the incorrect guidance by the American Legion, Mark Demers to file a Tort Claim filing form 1151 and submit it to the Department of Veterans Affairs, and which I did in 2020. On several occasions I was corresponding verses email to the Department of Veterans Affairs and their respond were we have your information on file for Medical Malpractice. Finally, a VA rep told me to submit my Tort Claim to the hospital. ,

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Case 1:25-cv-03992-TRJ Document 18 Filed 08/31/26 Page 10 of 11



Surgical/ Medical Malpractice of Negligent or Wrongful act or omission Dr Jennifer.Tirino, Otolaryngologist the current Specialist that I am seeing, had to perform surgery on my left ear in 2021 besause I was still having complications from the past surgeries from the VA Hospital. My hearing is dimished in both ears, I am using two different types of hearing devices Damages Claim: Economic damages, Loss income and earnings capacity, .laim Out-of-Pocket expenses, non-enonomic damages. Punitive damages. Damages claim in the amount of $200,000.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/18/2025

Signature of Plaintiff: Cedell Liddell
Printed Name of Plaintiff: Cedell Liddell

### B. For Attorneys

Date of signing: ______________

Signature of Attorney: ______________
Printed Name of Attorney: ______________
Bar Number: ______________
Name of Law Firm: ______________
Street Address: ______________
State and Zip Code: ______________
Telephone Number: ______________
E-mail Address: ______________

Case 1:25-cv-03992-TRJ Document 1-1 Filed 08/18/25 Page 1 of 1

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

1:25-CV-3992

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Cedell Liddell

(b) County of Residence of First Listed Plaintiff: Cobb
*(EXCEPT IN U.S. PLAINTIFF CASES)*

4597 Rugose Wy.
Austell, GA 30106

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

Atlanta VA Medical Center

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- [X] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1346 (B) and 2671-3680

Brief description of cause:
Several (3) surgeries which lead to loss of hearing in left ear. Negligent or wrongful act of omission.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $2,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE DOCKET NUMBER

DATE: 07/15/2025

SIGNATURE OF ATTORNEY OF RECORD: Cedell Liddell

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE